```
 1  FRANNY A. FORSMAN
    Federal Public Defender
 2  State Bar No. 000014
    RENE L. VALLADARES
 3  Assistant Federal Public Defender
    State Bar No. 11479
 4  411 E. Bonneville Avenue, Suite 250
    Las Vegas, Nevada 89101
 5  (702) 388-6577
    (Fax) 388-6261
 6
    Attorney for Defendant: COREY THOMPSON
 7
```

                    UNITED STATES DISTRICT COURT

                          DISTRICT OF NEVADA

                                * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>COREY THOMPSON,<br><br>           Defendant. | **2:10-CR-325-PMP-RJJ** |

**PROPOSED PRO HAC VICE ADMITTANCE ORDER APPOINTING LEARNED COUNSEL IN A CAPITAL PENALTY ELIGIBLE CASE PURSUANT TO 18 U.S.C § 3005**

The Court finds that <u>pro hac vice</u> appointment of Carl J. Herman, Esq. with offices at 433 Northfield Avenue, West Orange, NJ 07018, (973) 324-1011, cjherman@carlherman.com, to the CJA panel for the purposes of appointment to this case is in the interest of justice and judicial economy. The Court further finds that Carl H. Herman, Esq. possesses such qualities as would qualify him for admission to the District of Nevada's CJA panel in the ordinary course of panel selection; and further finds that he possesses such qualities, experience and training and has the time available to serve as learned counsel as mandated by 18 U.S.C. 3005. This is established by the fact that he has handled numerous federal and state death penalty eligible cases including pending federal death penalty eligible cases in this District.

///

                                 1

1    IT IS ORDERED that Carl J. Herman is hereby admitted <u>pro hac vice</u> to the CJA
2 panel and is appointed Learned Counsel to represent defendant Corey Thompson.
3    Dated this the _9th day of July, 2010.

_____
DISTRICT COURT JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 8, 2010, she served an electronic copy of the above and foregoing **Proposed Order Regarding Learned Counsel,** by electronic service (ECF) to the person named below:

        DANIEL G. BOGDEN
        United States Attorney

        Assistant United States Attorney
        333 Las Vegas Blvd. So., 5th Floor
        Las Vegas, Nevada 89101

                          */s/ Karen Brokaw*
                          _____
                          Employee of the Federal Public Defender