UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:10-CR-00325-PMP-RJJ |
| vs. | ) | **ORDER** |
| COREY THOMPSON, | ) | |
| Defendants. | ) | |

Before the Court for consideration is Defendant's Motion to Suppress Statements and Evidence Obtained in Violation of the Fifth and Fourth Amendments (Doc. #93), filed May 16, 2012.

In its Response filed June 15, 2012 (Doc. #104), the Government states that it does not intend to offer during its case in chief any evidence seized pursuant to search warrant on February 17, 2009, from the residence at 820 Levy, Las Vegas, Nevada or Defendant's blue Chevrolet Caprice automobile. As a result, Defendant's Motion to Suppress Evidence Seized Pursuant to Search Warrant will be denied as moot.

The Government further states that it does not intend to offer in its case in chief at trial any statements made by Defendant Thompson to officers of the Las Vegas Metropolitan Police Department made at the time of the search on February 17, 2009. While acknowledging that Defendant Thompson's statements were made without benefit of Miranda rights, the Government maintains Defendant

Thompson's statements were nonetheless voluntary, and argues that in the event Defendant Thompson testifies at trial, it reserves the right to use Defendant Thompson's statements made on February 17, 2009 as impeachment evidence. In his Reply Memorandum (Doc. #115), filed June 20, 2012, Defendant Thompson request that if and when the Government seeks to use any of Defendant Thompson's statements made February 17, 2009 as impeachment, it first must advise Defendant and the Court so that a hearing concerning the voluntariness of the statements may be conducted outside the presence of the jury. The Court considers this a sensible accommodation.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Suppress Statements and Evidence Obtained in Violation of the Fifth and Fourth Amendments (Doc. #93) is **DENIED**.

**IT IS FURTHER ORDERED** that in the event Plaintiff United States seeks to offer any statements made by Defendant Thompson on February 17, 2009 as impeachment if Defendant Thompson testifies at trial, prior to doing so the Government shall advise counsel for Defendant and the Court so that a brief hearing may be conducted outside the presence of the jury to address the issue of voluntariness of any such statements made by Defendant Thompson.

DATED: June 21, 2012.

_____
PHILIP M. PRO
United States District Judge