UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COREY THOMPSON, ) <br> ) <br> Defendant. ) <br> ) | 2:10-cr-00325-RCJ-RJJ-1 <br><br> **ORDER** |

Pending before the Court are two Motions to Vacate Under 28 U.S.C. § 2255 (ECF Nos. 202, 203). Judge Pro denied Defendant's previous motion under § 2255, (*see* Order, ECF No. 195), and Defendant must therefore ask the Court of Appeals for permission to file a successive motion, *see* 28 U.S.C. § 2255(h).

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions to Vacate Under 28 U.S.C. § 2255 (ECF Nos. 202, 203) are DENIED.

IT IS SO ORDERED.

Dated this 30th day of June, 2015.

_____
ROBERT C. JONES
United States District Judge