1

2

3

4
**UNITED STATES DISTRICT COURT**

5
**DISTRICT OF NEVADA**

6

7
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 2:10-cr-00325-RCJ-RJJ-1 |
| vs. | ) | |
| COREY THOMPSON, | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

12       In June 2015, Defendant Corey Thompson filed two habeas corpus motions under 28

13    U.S.C. § 2255.  Judge Pro had previously denied a § 2255 motion in December 2013.  The Court

14    denied the June 2015 motions, noting that he required the Court of Appeals's permission to file a

15    successive motion under§ 2255(h).  Defendant appealed that order.  The Court of Appeals

16    remanded for the limited purpose of a ruling on a certificate of appealability.  The Court denied a

17    certificate of appealability.  The Court of Appeals has now ordered the appeal held in abeyance

18    until this Court rules on Defendant's request to reopen the time to appeal.  That is, in the

19    untimely Notice of Appeal, Defendant claims that he did not receive a copy of this Court's order

20    denying his § 2255 motions and only became aware of the order when he wrote the Court to

21    inquire as to the status of those motions.

22    ///

23    ///

24    ///

25    ///

**CONCLUSION**

IT IS HEREBY ORDERED that the time to appeal is REOPENED.  Defendant need not

file a new notice of appeal.

IT IS SO ORDERED.

Dated this 14th day of September, 2016.

_____
ROBERT C. JONES
United States District Judge